# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| HUBERT OWENS, Derivatively on Behalf of ESPERION THERAPEUTICS, INC., | § § § § | No. 110, 2020 |
| Plaintiff Below Appellant, | § § § | |
| v. | § § § | Court Below – Court of Chancery of the State of Delaware |
| TIM M. MAYLEBEN, ROGER S. NEWTON, MARY P. MCGOWAN, NICOLE VITULLO, DOV A. GOLDSTEIN, DANIEL JANNEY, ANTONIO M. GOTTO, JR., MARK E. MCGOVERN, GILBERT S. OMENN, SCOTT BRAUNSTEIN, and PATRICK G. ENRIGHT, | § § § § § § § § § § § | C.A. No. 12985-VCS |
| Individual Defendants Below, Appellees, | § § § | |
| and | § § | |
| ESPERION THERAPEUTICS, INC., | § § § | |
| Nominal Defendant Below Appellee. | § § § | |

Submitted:  October 14, 2020
Decided: October 29, 2020
Corrected: November 18, 2020

Before **SEITZ**, Chief Justice; **VAUGHN**, and **MONTGOMERY-REEVES**, Justices.

# **O R D E R**

On this 29th day of October, 2020, after careful consideration of the parties' briefs and the record on appeal, and after oral argument, we find it evident that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the February 13, 2020 memorandum opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice